UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAVTARADZE GIORGI,
(A#249-099-073),

         Petitioner,

   v.

CHRISTOPHER CHESTNUT, et al.,

         Respondents.

No.  1:26-cv-02170-DJC-SCR

RELEASE ORDER

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondents filed objections to the findings and recommendations based on their prior responsive pleading.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by

1

the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 13) are adopted in full.

2.  Petitioner's application for a writ of habeas corpus (ECF No. 1) is granted on claim one.

3.  Respondents are ordered to immediately release Petitioner KAVTARADZE GIORGI, (A#249-099-073), under conditions of supervision dictated by applicable statutes and regulations.

4.  At the time of release, Respondents must return all of Petitioner's documents and possessions.

5.  The Clerk of Court is directed to serve the California City Detention Facility with a copy of this final order granting release.

6.  Respondents shall not redetain petitioner unless and until they comply with all procedures set forth in 8 C.F.R. § 241.13(i) and any other applicable statutes and regulations.

7.  Petitioner's motion for a temporary restraining order (ECF No. 2) is denied as moot.

8.  The Clerk of Court is directed to enter judgment for petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **May 8, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2

Th/gior2170.jo.RELEASE

3